**Order entered January 2, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01525-CV

**D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE F/K/A MAGAZINE LIMITED PARTNERS, L.P. AND ALLISON MEDIA, INC., Appellants**

**V.**

**JANAY BENDER ROSENTHAL, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01346**

## ORDER

A partial reporter's record has been filed in this appeal by court reporter Tina Thompson. The remaining portion is to be filed by court reporter Vielica Dobbins. Before the Court is Ms. Thompson's December 23, 2019 request, as the official court reporter, for an extension of time to file the remaining portion of the record. We **GRANT** the request and **ORDER** Ms. Dobbins to file the remaining portion of the reporter's record no later than January 15, 2020. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Thompson, Ms. Dobbins, and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE